# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>**GARY DALE ELLIOTT**<br><br><br><br><br>*Defendant(s)* | )<br>)<br>) Case No. 4:21-mj-123<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 4, 2021** in the county of **Polk** in the **Southern** District of **Iowa**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

*Brian Minnehan*

*Complainant's signature*

Brian Minnehan, Detective, Des Moines Police Dept.

*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 02/22/2021

*Celeste F. Bremer*

*Judge's signature*

City and state: Des Moines, Iowa

Celeste F. Bremer, U.S. Magistrate Judge

*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
3:41 pm, Feb 22 2021