4:21-mj-123

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT** | Case No.    4:21-mj-123<br><br>**FILED UNDER SEAL** |

I, Brian Minnehan, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Senior Police Officer with the Des Moines, Iowa Police Department and have been so employed since 2015. I am currently assigned as a Detective in the Intelligence Unit and have been so assigned since January 2020. During this time, I have conducted and assisted with several narcotics and firearm related investigations and search warrants. I have completed a twenty-three-week training academy at the Des Moines Police Department's Regional Academy and have received annual in-service training on legal updates and drug trends. I have been a member of the Metro STAR tactical team since November 2020 and have assisted in executing several search warrants for the Des Moines Police Department Investigations Division and other law enforcement agencies. While on patrol, I have conducted and assisted with hundreds of drug and firearm related cases within the City of Des Moines.

2. In connection with my duties and responsibilities as a local certified police officer, I have testified in judicial proceedings and prosecutions for multiple



criminal code violations, including drug trafficking and firearms offenses. During my law enforcement career, I have participated in numerous investigations involving the unlawful distribution of narcotics, as well as illegal firearms activity, in violation of federal and state laws, which have led to arrests, convictions of violators, and seizures of narcotics, firearms, and proceeds gained from illegal activity. In the course of my duties, I have conducted or participated in physical and electronic surveillance, the execution of search warrants, debriefing of informants, interviews of witnesses, reviews of tape-recorded conversations involving drug trafficking activities, and other records kept by or related to drug traffickers and illegal firearms activity.

3. I have also attended the following educational courses/training seminars regarding drug and weapon investigations:

- Transnational Gang Identification and Interdiction
- Advanced Transnational Gang Identification and Interdiction
- Physical Surveillance for Counternarcotic Missions
- Highway Drug Investigations for Patrol
- Narcotics Related Financial Investigations
- Interview and Interrogation for Drug Investigations
- 40-hour Basic SWAT School
- Advanced Vehicle Contraband Concealment.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement

officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that Gary Dale ELLIOTT has violated Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) (felon in possession of a firearm).

## PROBABLE CAUSE

6. On the night of February 4, 2021, Des Moines Police Department dispatch received a call from a female who I will refer to as Reporting Party.[1] Reporting Party stated that ELLIOTT was outside of her friend's apartment complex in the 1100 block of Crocker Street in Des Moines, Iowa. Reporting Party stated that ELLIOTT is a felon and was armed with a gun. Reporting Party stated that ELLIOTT was in the parking lot in a red Dodge Avenger.

7. Several Des Moines police officers responded to the scene. Officers located a red Dodge Avenger, which was registered to ELLIOTT. Officers made contact with a man in the driver's seat who was later confirmed to be ELLIOTT.

8. ELLIOTT advised the officers that he had a marijuana pipe in the vehicle. Officers also found a small quantity of marijuana in ELLIOTT's pants pocket.

---

[1] Reporting Party's identity is known to me, but her name is not included in this affidavit for her privacy and safety.

9. Officers searched ELLIOTT's vehicle and found a small amount of marijuana and a marijuana pipe in the center console. On the rear passenger seat, officers found a Colt .38 caliber revolver bearing serial number 974656. The firearm was fully loaded with six rounds of "Winchester 38 SPL" brand ammunition.

10. An officer met with Reporting Party and a female who I will refer to as Victim 1.[2] Victim 1 stated she had been dating ELLIOTT and living with him at his residence in the 2700 block of Guthrie Avenue in Des Moines since October or November of 2020.

11. Victim 1 stated that ELLIOTT had recently started beating and threating her. Victim 1 stated that she tried to get away from ELLIOTT in January 2021, but ELLIOTT located her in a local motel where ELLIOTT assaulted her and held her hostage with the Colt revolver that officers found in ELLIOTT's vehicle.

12. Victim 1 stated that she had recently found several flash drives belonging to ELLIOTT in his residence. Victim 1 stated she viewed the contents of those flash drives and observed what she believed to be child pornography.

13. Victim 1 stated that on the morning of February 4, 2021, ELLIOTT had again located Victim 1 after she had a doctor's appointment on the east side of Des Moines. Victim 1 stated that ELLIOTT assaulted her, held the Colt revolver to her,

---

[2] Victim 1's identity is known to me, but her name is not included in this affidavit for her privacy and safety.

and then dropped her off in the 1100 block of Crocker Street before ELLIOTT went to work in Ankeny, Iowa.

14. Victim 1 stated that later in the day on February 4, 2021, she contacted the police and turned over the flash drives containing suspected child pornography. Victim 1 stated that she also reported this information to her parole officer, who in turn reported it to ELLIOTT's parole officer. Victim 1 stated that this resulted in ELLIOTT's parole officer contacting ELLIOTT.

15. Victim 1 reported that on the evening of February 4, 2021, ELLIOTT began sending her threatening text messages indicating that ELLIOTT was going to track Victim 1 down at various locations, including an apartment in the 1100 block of Crocker Street. Victim 1 showed an officer various text messages from ELLIOTT containing vague threats.

16. Victim 1 stated that after receiving those text messages she observed ELLIOTT sitting in his red Dodge Avenger in the 1100 block of Crocker Street.

17. During a post-*Miranda* interview, ELLIOTT denied knowledge of the .38 caliber revolver in his vehicle. ELLIOTT suggested that Victim 1 may have placed the firearm in his car and indicated that Victim 1 had his vehicle earlier in the day. ELLIOTT stated that he knew there was a .38 caliber handgun at his residence in the 2700 block of Guthrie Avenue. ELLIOTT indicated he lived at that residence with his mother, and that ELLIOTT's deceased father had owned firearms, including a .38 caliber handgun, and kept them in the home before he died.

18.     On February 5, 2021, officers executed a search warrant at ELLIOTT's residence in the 2700 block of Guthrie Avenue. While searching the residence, officers found a box of "Winchester 38 SPL" brand ammunition containing multiple live rounds. That ammunition was the same brand as the ammunition found in the Colt revolver located in ELLIOTT's vehicle.

19.     ELLIOTT's criminal history reflects that he has a felony conviction in 1987 for injury to a child in Texas, for which ELLIOTT was sentenced to life imprisonment.

20.     An interstate nexus expert with the Bureau of Alcohol, Tobacco, Firearms and Explosives has made a preliminary determination that the Colt .38 caliber revolver seized from ELLIOTT's vehicle was manufactured outside the State of Iowa and therefore travelled in or affected interstate commerce.

## CONCLUSION

21. Based on the foregoing facts, there is probable cause to believe that Gary Dale ELLIOTT has violated Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) (felon in possession of a firearm).

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

*Brian Minnehan*
_____
Brian Minnehan, Detective
Des Moines Police Department

This application and affidavit were presented to me by Assistant United States Attorney Ryan W. Leemkuil.

Subscribed and sworn to before me on this 22nd day of February, 2021, by reliable electronic means.

*Celeste F. Bremer*
____                                    ____
Celeste F. Bremer
United States Magistrate Judge