

RECEIVED
MAY 1 9 2021
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 4:21-CR-038 |
| ) | |
| v. ) | SUPERSEDING INDICTMENT |
| ) | |
| GARY DALE ELLIOTT, SR., ) | 18 U.S.C. § 922(g)(1) |
| ) | 18 U.S.C. § 924(a)(2) |
| Defendant. ) | 18 U.S.C. § 924(d) |
| ) | 18 U.S.C. § 2251(a) |
| ) | 18 U.S.C. § 2251(e) |
| ) | 18 U.S.C. § 2252A(a)(2) |
| ) | 18 U.S.C. § 2252A(a)(5)(B) |
| ) | 18 U.S.C. § 2252A(b)(1) |
| ) | 18 U.S.C. § 2252A(b)(2) |
| ) | 18 U.S.C. § 2253 |
| ) | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Production of Child Pornography)

On or about September 10, 2018, in the Southern District of Iowa, the defendant, GARY DALE ELLIOTT, did knowingly employ, use, persuade, induce, and entice a minor, Minor Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video of Minor Victim #1 engaging in sexually explicit conduct, said video file being approximately eighteen minutes and forty-nine seconds in length and bearing the file name "023.mp4." The video file was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Production of Child Pornography)

On or about September 11, 2018, in the Southern District of Iowa, the defendant, GARY DALE ELLIOTT, did knowingly employ, use, persuade, induce, and entice a minor, Minor Victim #2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video of Minor Victim #2 engaging in sexually explicit conduct, said video file being approximately fifty-one minutes and fifty-seven seconds in length and bearing the file name "027.mp4." The video file was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Production of Child Pornography)

On a date unknown, but on or between April of 2018 and November 6, 2018, in the Southern District of Iowa, the defendant, GARY DALE ELLIOTT, did knowingly employ, use, persuade, induce, and entice a minor, Minor Victim #3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video of Minor Victim #3 engaging in sexually explicit conduct, said video file being approximately forty-seven seconds in length and bearing the file name "20181105_020353.mp4." The video file was produced using materials that had

been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>
**(Receipt of Child Pornography)**

From on or about April 6, 2019 to on or about October 25, 2020, in the Southern District of Iowa, the defendant, GARY DALE ELLIOTT, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 5</u>
**(Possession of Child Pornography)**

On or about February 5, 2021, in the Southern District of Iowa, the defendant, GARY DALE ELLIOTT, knowingly possessed material, namely, a Lenovo laptop computer with a Toshiba hard drive with serial number 99EDPVN6T within and a Western Digital hard drive with serial number WCC1S8534819, that contained images of child pornography as defined in Title 18, United States Code, Section

2256(8)(A), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and such images having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
**(Possession of Child Pornography)**

On or about February 4, 2021, in the Southern District of Iowa, the defendant, GARY DALE ELLIOTT, knowingly possessed material, namely, a Google account with an associated email address of gdeihawks@gmail.com, that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and such images having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
### (Felon in Possession of a Firearm)

On or about February 4, 2021, in the Southern District of Iowa, the Defendant, GARY DALE ELLIOTT, in and affecting commerce, knowingly possessed a firearm, namely a loaded Colt, model Police Positive Special, .38 caliber revolver with serial number 974656. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Counts 1, 2, 3, 4, 5, and/or 6 of this Indictment, the defendant, GARY DALE ELLIOTT, shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to

5

a Lenovo laptop computer with a Toshiba hard drive with serial number 99EDPVN6T within; a Western Digital hard drive with serial number WCC1S8534819; an Emtec 16 GB USB drive; and a PNY USB drive.

This is pursuant to Title 18, United States Code, Section 2253.

**THE GRAND JURY FURTHER FINDS:**

### NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 7 of this Indictment, the defendant, GARY DALE ELLIOTT, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearm and ammunition identified in Count 7 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Ryan W. Leemkuil
Assistant United States Attorney