IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. GARY DALE ELLIOTT SR., Defendant. | No. 4:21-cr-00038-RGE-HCA<br><br>**AMENDED ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S GUILTY PLEA** |
|---|---|

On May 19, 2021, a Superseding Indictment was filed against Defendant Gary Dale Elliott Sr., charging Defendant with production of child pornography, in violation of 18 U.S.C. § 2251(a), (e) (Counts 1–3); receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2), (b)(1) (Count 4); possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2) (Counts 5–6); and felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Count 7). Sealed Superseding Indictment, ECF No. 29. On January 25, 2022, Defendant appeared before Chief United States Magistrate Judge Helen C. Adams and entered a plea of guilty to Counts 1, 4, and 7 of the Superseding Indictment. Plea Hr'g Mins., ECF No. 75. On this same date, the magistrate judge filed a Report and Recommendation, which recommends Defendant's guilty plea be accepted. ECF No. 77. On February 3, 2022, Defendant sent a pro se letter to the Court indicating he wished to withdraw his plea. ECF No. 79. After consulting with counsel, Defendant filed a notice to the Court stating "he does not wish to withdraw his guilty pleas in this matter." ECF No. 91. The Court, therefore, undertakes the necessary review of the recommendation to accept Defendant's plea in this case.

The standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1). In this case there are no outstanding objections. Upon review of the Report and Recommendation, the Court finds there is no ground to reject or modify the Report and Recommendation. Therefore, the Court accepts the Report and Recommendation of January 25, 2022, and accepts Defendant's plea of guilty in this case to Counts 1, 4, and 7 of the Superseding Indictment.

**IT IS SO ORDERED.**

Dated this 15th day of March, 2022.

Rebecca Goodgame Ebinger
United States District Judge